UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM K. CHARLES,<br><br>           Petitioner,<br><br>    v.<br><br>M. MARTEL, WARDEN,<br><br>           Respondent. | CASE NO. CV 10-3939-GAF (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED: <u>June 6, 2010</u>.

                                       /s/ Gary Feess
                                   GARY A. FEESS
                                   UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Judgment.wpd